## Case No. 9,045.

### MANNING v. JAMESSON et al.

[1 Cranch, C. C. 285.] [1]

Circuit Court, District of Columbia. March Term, 1806.

CONTINUANCE—AFFIDAVITS—COUNTER-AFFIDAVITS.

Counter-affidavits cannot be read on a motion for a continuance of the cause.

[This was a suit by Manning against Jamesson & Young.]

Mr. Taylor, made an affidavit for a continuance. A counter-affidavit was read, but THE COURT said they would not consider the reading of it as a precedent.